CGFI4 (01/26/22)



**ORDERED in the Southern District of Florida on July 25, 2024**



**Erik P. Kimball**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 24–17470–EPK**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Osiel Lora Tamayo
2322 S Haverhill Rd.
West Palm Beach, FL 33415

SSN: xxx–xx–6428

## ORDER ALLOWING INSTALLMENT PAYMENTS

   The Application for Individuals to Pay the Filing Fee in Installments has been reviewed by the clerk in accordance with Local Rule 1006–1(A). The debtor remitted at least one half the filing fee at the time of filing the petition or has received a Notice of Deadline to Correct Filing Deficiency(ies) which set a deadline to pay the initial installment payment. **ACCORDINGLY,**

   **IT IS ORDERED** that the debtor shall pay the final balance of the filing fee of $ **156.50** on or before **September 23, 2024**. Payment must be by money order, cashier's or "official" check payable to "Clerk, United States Court", and delivered to: US Bankruptcy Court, 1515 N Flagler Dr #801, West Palm Beach, FL 33401.

   **IT IS FURTHER ORDERED** that until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

   **IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

### # # #

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, Attorney for Debtor.